In the Matter of JENNIE P. PARKER, Appellant.
THE TONAWANDA BAND OF SENECA INDIANS, Respondent.

(Argued April 10, 1930; decided May 6, 1930.)

*John L. Heider* for appellant.
*George W. Watson* and *William J. Darch* for respondent.
*Hamilton Ward, Attorney-General* (*Henry S. Manley* of counsel), *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.